## No. 16,708.

KOSTELC, ADMINISTRATRIX v. LAKE COUNTY
DEPARTMENT OF PUBLIC WELFARE.
(250 P. [2d] 139)

Decided October 20, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. EUGENE A. BOND, for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. H. LAW-
RENCE HINKLEY, Deputy, Mr. F. RICHARD HITE, Assistant,
Mr. HAROLD A. GRANT, for defendant in error.